**Order entered October 7, 2020**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-20-00191-CV

## FIELDALE FARMS CORPORATION, OZARK MOUNTAIN POULTRY, INC., AND HOUSE OF RAEFORD FARMS, INC., Appellants/Cross-Appellees

## V.

## SOMMA FOOD GROUP, LLC, Appellee/Cross-Appellant

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-00698

## ORDER

Although appellee/cross-appellant SOMMA Food Group was ordered to file a combined responsive and cross-appellant's brief within thirty days of the filing of appellants' opening briefs, it filed its cross-appellant's brief at the time appellants/cross-appellees filed their opening briefs. SOMMA now seeks, along with the appellants/cross-appellees, an extension of time to file the appellee's and cross-appellees' responsive briefs.

Local Rule 5(a) provides, in relevant part, as follows:

> In a civil appeal in which a cross-appeal has been timely filed, the briefs to be filed by the parties are:
> 1) The appellant's brief.
> 2) A combined appellee's and cross-appellant's brief.
> 3) A combined appellant's reply brief and cross-appellee's brief.
> 4) The cross-appellant's reply brief.

5th Tex. App. (Dallas) Loc. R. 5(a). Accordingly, we **STRIKE** SOMMA's cross-appellant's brief. We **GRANT** the extension motion **TO THE EXTENT** that we **ORDER** SOMMA to file its *combined* appellee's and cross-appellant's brief no later than November 20, 2020. Appellants/cross-appellees shall each file their *combined* appellant's reply and cross-appellee's briefs within thirty days of the date the appellee's/cross-appellant's brief is filed.


/s/    BILL WHITEHILL
         JUSTICE